NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000038
31-MAR-2011
10:38 AM

NO. CAAP-10-0000038

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff/Appellant/Cross-Appellee, v.
KENNETH BRAY, Defendant/Appellee/Cross-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 09-1-0247)

ORDER OF CORRECTION
(By: Ginoza, J. for the court)[1]

IT IS HEREBY ORDERED that the Order Dismissing Cross-Appeal in Appellate Court Case Number CAAP-10-0000038, filed on March 22, 2011, is hereby corrected as follows:

1. At page 1, in the sixth line of the caption, the court name "District Court" is changed to "Circuit Court" so that the caption reads as follows:

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 09-1-0247)

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 31, 2011.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Leonard and Ginoza, JJ.